UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-MC-00004 LJO |
| | ) | **NEW CASE NO.** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10-CV-00143-OWW-DLB |
| | ) | **PREVIOUS CASE NO.** |
| WILLIAM STEPHEN MAJOR, | ) | |
| | ) | CONSENT JUDGMENT PURSUANT TO |
| Defendant. | ) | AGREEMENT BETWEEN THE PARTIES |
| | ) | |
| _____ | ) | |

    The Court finds that the United States of America and William Stephen Major have entered into a Settlement Agreement. A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A, and all of the terms set forth therein are incorporated herein by reference. Based on the Settlement Agreement, it is hereby

    ORDERED AND ADJUDGED:

    The Court adopts the Settlement Agreement entered into by and between the parties in its entirety. Accordingly, judgment, by consent, in the amount of Ten Thousand Dollars ($10,000.00), is entered in favor of plaintiff United States of America and against defendant William Stephen Major.

    IT IS SO ORDERED.

DATED: 2/3/2010                                       /s/ OLIVER W. WANGER
                                                                      UNITED STATES DISTRICT JUDGE

1  Presented by:

2      BENJAMIN B. WAGNER
       United States Attorney
3

4
   By: _____
5      BOBBIE J. MONTOYA
       Assistant U.S. Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[proposed] Consent Judgment Pursuant to Agreement
Between the Parties                                    2