BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM STEPHEN MAJOR, <br><br> Defendant. | Case No. 1-10-MC-00004-LJO <br><br> APPLICATION FOR INTRA-DISTRICT TRANSFER; ORDER |

**APPLICATION**

Pursuant to 28 U.S.C. § 1404 and E.D. Cal. R. 120(f), the United States of America hereby requests that this case be transferred to the Sacramento Division, United States District Court, Eastern District of California.

1. The United States of America's Motion for Approval of Consent Judgment Pursuant to Agreement Between the Parties was inadvertently filed on January 28, 2010, in the Fresno Division of the Eastern District of California. Subsequent thereto the Consent Judgment was approved/issued on February 3, 2010.

2. The defendant William Stephen Major resides in Sacramento County, which lies within the jurisdictional territory of the Sacramento Division.

////

3. The United States respectfully requests that venue be transferred to the Sacramento Division of the Eastern District of California, for any further action that may ensue.

                Respectfully submitted,

DATED: February 4, 2010       BENJAMIN B. WAGNER
                   United States Attorney

               */s/ Bobbie J. Montoya*
         By: _____
               BOBBIE J. MONTOYA
               Assistant U.S. Attorney

## **ORDER TRANSFERRING VENUE**

Pursuant to the foregoing, venue is transferred to the Sacramento Division of the United States District Court, Eastern District of California. The Clerk is instructed to transfer the Court file, together with a copy of this Order, to the Clerk, Eastern District of California, Sacramento Division; and to give notice of the transfer to the parties. The Clerk in Sacramento shall give notice of the transfer, with the new District Court case number, to the parties.

IT IS SO ORDERED.

**Dated:   February 5, 2010**       **/s/ Lawrence J. O'Neill**
                 UNITED STATES DISTRICT JUDGE